ACCEPTED
03-15-00065-CR
4826265
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 1:31:05 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00065-CR

| | | |
|---|---|---|
| ELIZABETH BLACK,<br>Appellant | § § § | IN THE COURT OF APPEALS |
| VS. | § § § | FOR THE THIRD DISTRICT |
| THE STATE OF TEXAS,<br>Appellee | § § | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 1:31:05 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, ELIZABETH BLACK, Appellant, and files this motion for an extension of thirty (30) days in which to file Appellant's Brief. This request is made pursuant to and in compliance with Texas Rules of Appellate Procedure 10.1 and 10.5(b)(1). In support of this motion, Appellant shows the court the following:

### I.

Appellant appealed a pre-trial suppression order in a Driving While Intoxicated case from the Travis County Court at Law Number Five, Cause Number C1CR-13-217530 which was denied on January 13, 2015. Appeal was perfected by Appellant on January 26, 2015. Pursuant to Texas Rule of Appellate Procedure 38.6(a) Appellant's brief is due April 10, 2015.

### II.

Counsel for Appellant has a very large docket and trial schedule which has prevented him from being able to complete a brief. Thus, Appellant requests an extension of thirty (30) days in which to file her brief.

### III.

This is Appellant's first request for extension of time. Appellant has not requested any previous requests for extension of time.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing Appellant's Brief thirty (30) days.

Respectfully submitted,

CHRISTOPHER M. GUNTER
State Bar No. 08624600
ALAN BENNETT
State Bar No. 02137100
MERIL "GENE" ANTHES, JR.
State Bar No. 24040125
GUNTER, BENNETT & ANTHES, P.C.
600 West Ninth Street
Austin, Texas 78701-2212
Chris@GBAFirm.com
www.GBAFirm.com
Phone: (512) 476-2494
Fax: (512) 476-2497
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Extension of Time to Brief was delivered to Ms. Giselle Horton, Assistant Travis County Attorney, via facsimile to (512) 854-9316 on this the 9th day of April, 2014.

CHRISTOPHER M. GUNTER

THE STATE OF TEXAS §
§
COUNTY OF TRAVIS §

## **VERIFICATION**

On this day, Christopher M. Gunter appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the Appellant's First Motion for Extension of Time to Brief and the facts stated in it are within his personal knowledge and are true and correct.

_____
CHRISTOPHER M. GUNTER

SWORN TO AND SUBSCRIBED before me by Christopher M. Gunter on April 9, 2015.

_____
NOTARY PUBLIC, State of Texas



SHELLEY KELLER
MY COMMISSION EXPIRES
September 10, 2018

NO. 03-15-00065-CR

| | | |
|---|---|---|
| ELIZABETH BLACK, | § | |
| Appellant | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FOR THE THIRD DISTRICT |
| | § | |
| THE STATE OF TEXAS, | § | OF TEXAS |
| Appellee | § | |

## **ORDER**

On this day came to be heard Appellant's First Motion for Extension of Time to File Brief, and the court having reviewed the same finds the motion should be:

GRANTED / DENIED.

IT IS THEREFORE ORDERED that the time in which to file Appellant's Brief is extended until the _____ day of _____, 2015.

SIGNED this _____ day of _____, 2015.

_____
JUDGE PRESIDING



**GUNTER,**
**BENNETT**
**& ANTHES**

ATTORNEYS AT LAW

600 WEST NINTH STREET
AUSTIN, TEXAS 78701

Christopher M. Gunter*
Alan Bennett
Meril "Gene" Anthes, Jr.

\* Board Certified - Criminal Law
Texas Board of Legal Specialization

Telephone:
Office: (512) 476-2494
Fax: (512) 476-2497

April 9, 2015

Jeffrey D. Kyle                                              *Via Electronic Delivery*
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   Elizabeth Black
      vs.
      The State of Texas
      No. 03-15-00065-CR
      On Appeal from Travis County
      Court-at-Law Number Five
      Cause No. C1-CR-13-217530

Dear Mr. Kyle:

Enclosed for filing please find Appellant's First Motion for Extension of Time to File Brief in the above-referenced cause.

Thank you for your assistance in this matter. Please feel free to contact me should you have any questions.

Very truly yours,

Christopher M. Gunter

cc:   Giselle Horton
      Assistant Travis County Attorney
      *Via Facsimile (512) 854-9316*